UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EDGAR PLASCENCIA,
CDCR #BG-9161,

Plaintiff,

vs.

CHIRAG BHAVSAR, Doctor; SAMUEL KO, Doctor; MICHAEL DIZON, RN; CHRISTIAN BETACOURT, LVN; CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

Defendants.

Case No.: 26-CV-1435 JLS (MSB)

**ORDER DISMISSING CIVIL ACTION FOR FAILURE TO PROSECUTE**

(ECF No. 1)

In this civil rights action filed pursuant to 42 U.S.C. § 1983, pro se Plaintiff Edgar Plascencia, who was at that time incarcerated at Centinela State Prison, alleged medical officials at Centinela violated his Eighth Amendment rights by failing to provide proper care and assign him to a lower bunk on the lower tier after his knee surgery at an outside facility on May 23, 2022. *See* ECF No. 1. Plaintiff further claimed that Defendants failed to provide adequate medical care after he subsequently fell from his bunk. *See generally* ECF No. 1-2 at 1–4. On July 20, 2026, the Court granted Plaintiff's Motion to Proceed *in Forma Pauperis* ("IFP"), screened, and dismissed most of the claims in his complaint

pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A. *See* ECF No. 4. Specifically, the Court determined that while some of Plaintiff's allegations against Dr. Ko were sufficient to state a plausible claim for relief under the Eighth Amendment, his remaining claims involving Ko and all of his claims against the remaining Defendants failed to plausibly meet the Eight Amendment's requirement of deliberate indifference. *See id.* at 8–15. Plaintiff was granted 45 days leave in which to choose to either (1) amend his pleading in full or (2) proceed with only his sufficiently pled claim against Defendant Ko. *See id.* at 17–18.

The Court's July 20, 2026 Order, which was mailed to Plaintiff at the address he provided when this case was initiated—Centinela State Prison—was subsequently returned as undeliverable by the U.S. Postal Service on August 19, 2026, with a notation indicating Plaintiff has been paroled.[1] *See* ECF No. 5 at 1. Plaintiff has not filed a notice of change of address before or since the Court's July 20, 2026, Order was returned undelivered on August 19, 2026, and to date, has failed to comply with the Court's Order or contact the Court in any way. *See docket*.

"The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that it will not do so—is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir. 2004); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (the court has discretion to *sua sponte* dismiss a case for lack of prosecution or failure to comply with a court order); *see also* Fed. R. Civ. P. 41(b) (providing for involuntary dismissal for failure to prosecute or comply with the federal rules or court order). This Court's Local Rules also provide in relevant part: "A party proceeding pro se must keep the Court and opposing parties advised as to current address. If mail directed to a pro se plaintiff by the Clerk at the plaintiff's last designated address is returned by the Post Office,

---

[1] The California Department of Corrections and Rehabilitation's California Incarcerated Record and Information Search similarly reflects Plaintiff is no longer in custody. *See* https://ciris.mt.cdcr.ca.gov/results?cdcrNumber=bg9161, last visited Oct. 22, 2026.

and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of the plaintiff's current address, the Court may dismiss the action without prejudice for failure to prosecute." S.D. Cal. CivLR 83.11.b.

Accordingly, the Court **DISMISSES** this action without prejudice for failure to prosecute as required by the Court's Order dated July 20, 2026, and by S.D. Cal. Civil Local Rule 83.11.b. The Court **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED**.

Dated: October 22, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge