# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Edgar Plascencia

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-1435-JLS-MSB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this action without prejudice for failure to prosecute. This case is hereby closed.

**Date:** 10/23/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-1435-JLS-MSB

Defendants:
Chirag Bhavsar,
Doctor;

Samuel Ko,
Doctor;

Michael Dizon,
Registered Nurse;

Christian Betacourt,
Licensed Vocational Nurse;

California Correctional Health Care Services (CCHCS);

California Department of Corrections and Rehabilitation (CDCR)